IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § § § § § § O'CONNOR INTERNATIONAL, INC., § Debtor § | Case No. 4:06-cv-1194 (Appeal of Bankruptcy Case No. (03-34991-H1-7) |

## MEMORANDUM AND ORDER

Marie Goradia's and Vijay Goradia's Motion for Stay Pending Appeal with Request for Emergency Consideration (Doc. # 2) is **DENIED**. No showing has been made of a "substantial case on the merits," nor of irreparable injury to the Goradias. *Ruiz v Estelle*, 650 F.2d 555, 565 (5th Cir. 1981). The Goradias have similarly failed to show that granting a stay would further any public interest. Rather, granting the stay would substantially harm the Estate and the Holcombe Parties.

**IT IS SO ORDERED**.

**SIGNED** this 15th day of May, 2006.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT